**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WILLIAM H. BRUCE, III,**

        **Plaintiff,**

**-vs-**                                                    **Case No. 6:04-cv-1595-Orl-22DAB**

**KEVIN BEARY, RANDALL ROOT,**
**KENNETH GLANTZ, and EDWARD**
**KELLY,**

        **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO STRIKE PLAINTIFF'S EXPERT DISCLOSURE OF ECONOMIST HENRY H. FISHKIND, Ph.D. (Doc. No. 65)**
>
> **FILED:** April 17, 2006
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The Motion to Strike is **DENIED**, but Plaintiff will not be able to use this witness as part of his case in chief and his testimony will be strictly limited to rebuttal. Defendants may depose him after the discovery deadline (if need be). Plaintiff is admonished that the time for designating a rebuttal witness should have been set forth in the Case Management Report or sought by leave of Court, rather than by merely producing the report.

**DONE** and **ORDERED** in Orlando, Florida on April 21, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record