**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WILLIAM H. BRUCE, III,**

        **Plaintiff,**

-vs-                                            **Case No. 6:04-cv-1595-Orl-22DAB**

**KEVIN BEARY, RANDALL ROOT,**
**KENNETH GLANTZ, and EDWARD**
**KELLY,**

        **Defendants.**
_____

## ORDER

This cause is before the Court on Plaintiff's Motion to Disallow Defendants' Request for Costs and Bill of Costs (Doc. No. 113) filed on September 5, 2006.

The United States Magistrate Judge has submitted a Report recommending that the Motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 20, 2006 (Doc. No. 125) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

      2.      Plaintiff's Motion to Disallow Defendants' Request for Costs and Bill of Costs (Doc. No. 113) is granted in part. The Amended Bill of Costs (Doc. No. 126) is hereby **REVISED** to tax costs against the Plaintiff in the amount of **$5,634.29**.

      **DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 13, 2007.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record